LEGAL SERVICES OF NORTHERN CALIFORNIA
MONA TAWATAO, State Bar No. 128779
STEPHEN E. GOLDBERG, State Bar No. 173499
JONATHAN GIVNER, State Bar No. 208000
515 12th Street
Sacramento, California 95814
Telephone: (916) 551-2150
Facsimile: (916) 551-2196

Attorneys for Plaintiff, Wonda Hicks

FILED

MAR 2 7 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDA HICKS,<br><br>    Plaintiff,<br><br>-vs-<br><br>HELMUT MARTIN, dba H.C.M INVESTMENTS, and DOES I through XX, Inclusive,<br><br>    Defendants. | CASE NO. Civ. S-01-0606 LKK-JFM<br><br>[PROPOSED] ORDER |

The above-entitled matter came before the Court on March 27, 2001 by way of Plaintiff's Motion for Temporary Restraining Order and Order to how Cause regarding Preliminary Injunction.

Having fully considered the matter the Court hereby grants Plaintiff's motion and orders as follows:

1. Defendant/owner is enjoined from refusing to accept Plaintiff's enhanced voucher and the enhanced vouchers of other Section 8 tenants who elect to remain in their units at Country Village Apartments, 8141 Fair Oaks Boulevard in Carmichael, California, for as long as Congress appropriates funds for enhanced vouchers for tenants in expiring Section 8 projects and to the extent each such tenant, including plaintiff, complies with *most recent* the lease; LKK

- 1 -
Order

9

2. Defendant/owner is enjoined from proceeding to opt-out of the Section 8 program until nine months after he complies with the notice provisions under California Government Code sections 65863.10 and 65863.11;

3. Defendant/owner is enjoined from evicting Plaintiff from her unit on any grounds related to Defendant's refusal to accept Plaintiff's enhanced voucher; and

4. The parties are to appear on 5/29/2001, at 10 a.m./~~p.m.~~ for a hearing on Plaintiff's Motion for Preliminary Injunction.

Any supplemental briefs by Plaintiff are due by _____.

The opposition brief is due on 4/27/2001.

The reply brief is due on 5/14/2001.

Dated: 3/27/00

_____
JUDGE, UNITED STATES DISTRICT COURT

2. The Court finds that there is a fair ground to litigate whether Defendant has lawfully opted out of the Section 8 program; accordingly he may assert his attempt to do so as a ground for refusing to accept the enhanced voucher.

- 2 -
Order

United States District Court
for the
Eastern District of California
March 28, 2001

* * CERTIFICATE OF SERVICE * *

2:01-cv-00606

Hicks

   v.

Martin

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  March 28, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Rau Mona Tawatao                                    SJ/LKK
Legal Services of Northern California
515 12th Street
Sacramento, CA  95814
```

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk