FILED

MAR 28 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WONDA HICKS,

        Plaintiff,

    v.

HELMUT MARTIN dba HCM INVESTMENTS, et al.,

        Defendants.
_____/

NO. CV. S-01-606 LKK/JFM

O R D E R

On March 27, 2001, the court issued a Temporary Restraining Order in the above-captioned matter. In light of an error discovered in that order, the court hereby makes the following correction to paragraph two (2):

    2.  The court finds that there is a fair ground to litigate whether defendant owner has lawfully opted out of the project based Section 8 program. Accordingly, he may not assert his attempt to do so as a ground for refusing to accept the enhanced voucher.

    IT IS SO ORDERED.

    DATED:  March 27, 2001.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
March 28, 2001

* * CERTIFICATE OF SERVICE * *

2:01-cv-00606

Hicks

   v.

Martin

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 28, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Rau Mona Tawatao                                          SJ/LKK
Legal Services of Northern California
515 12th Street
Sacramento, CA  95814
```

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk